Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−12081−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Joseph Battaglio Jr.
    523 Eisenhower Dr.
    Point Pleasant, NJ 08742−5410

Social Security No.:
    xxx−xx−5008

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 25, 2016.

On November 2, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                December 7, 2016
Time:                10:00 AM
Location:            Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 2, 2016
JJW: wdr

                                                            James J. Waldron
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 13-12081-CMG
Joseph Battaglio, Jr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 02, 2016
                              Form ID: 185             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
```
db              Joseph Battaglio, Jr.,    523 Eisenhower Dr.,    Point Pleasant, NJ 08742-5410
aty            +Harry A Cummins,    Wilkofsky, Friedman, Karel & Cummins,    299 Broadway, Ste 1700,
                 New York, NY 10007-1914
cr             +Greene County Treasurer Office,    Att: Maria LaRosa,    411 Main St,    POB 191,
                 Catskill, NJ 12414-0191
513652257      +American Express,    P. O. Box 981537,    El Paso, TX 79998-1537
513928910       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513946008      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
513652258       Borough of Point Pleasant,    P. O. Box 25,    Point Pleasant, NJ 08742
513652259       Brick Township MUA,    1551 Highway 88 East,    Brick, NJ 08724-2399
513652261       Chase Bank USA,    P. O. Box 15298,    Wilmington, DE 19850-5298
513652262      +Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
513652263      +Cohn, Lifland, Pearlman, Hermann & Knopf,    Park 80 Plaza West One,    250 Pehle Ave., Ste 401,
                 Saddle Brook, NJ 07663-5832
513652264       Comcast of Monmouth,    P. O. Box 840,    Newark, NJ 07101-0840
515007215      +County of Greene,    Greene Count Treasurer,    411 Main St POB 191,    Catskill, NY 12414-0191
513652265      +Eastern Account System,    75 Glen Road,    Suite 110,    Sandy Hook, CT 06482-1175
513652266      +Frsteam by Love Cleaners,    35 5th Avenue,    Bay Shore, NY 11706-7395
513652267      +Home Depot/CitiBank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
513964664      +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
513652273      +Marshall and Clark CPA PC,    c/o Robert Clark,    573 Inverness Court,    Oxford, CT 06478-3119
513652275      +Phillips & Cohen Associates, Ltd.,    Mail Stop 875,    1004 Justison Street,
                 Wilmington, DE 19801-5148
513986088      +RA NO FRSTEAM BY LOVE CLEANERS,    299 Broadway,    Suite 1700,    New York, NY 10007-1914
513652276      +Ron Rapka,    807 Matoloking Rd,    Brick, NJ 08723-5200
513652274     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,    Corp Service Audit-B,    PO Box 277,
                 Trenton, NJ 08695-0277)
513652277      +Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
513963169      +U.S. Bank National Association, as Trustee, succes,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513652281      +Verizon New Jersey, Inc.,    500 Technology Drive,    Weldon Spring, MO 63304-2225
513652282      +Wilkofsky, Friedman, Karel & Cummins,    299 Broadway, Suite 1700,    New York, NY 10007-1914
513912967      +Yellow Book,    Att: Slater Tenaglia Fritz,    301 Third St,    Ocean City, NJ 08226-4007
513652283      +Yellow Book USA,    2560 Renaissance Boulevard,    Attention: Billing,
                 King Of Prussia, PA 19406-2673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2016 23:06:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2016 23:06:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513652256      +E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2016 23:05:53      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
513830883       E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2016 23:05:53      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
513771294       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2016 23:03:37
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
513652260      +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 02 2016 23:07:13      CBE Group,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
513675946       E-mail/Text: cio.bncmail@irs.gov Nov 02 2016 23:06:10
                 Department of Treasury - Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
513905004      +E-mail/Text: bncmail@w-legal.com Nov 02 2016 23:07:08       KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513963013       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 23:03:37
                 Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                 Norfolk VA 23541
513652280      +E-mail/Text: bankruptcy@td.com Nov 02 2016 23:06:59      TD Bank,    6000 Atrium Way,
                 Mount Laurel, NJ 08054-3918
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Nov 02, 2016
                              Form ID: 185             Total Noticed: 38

513652272*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                    PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,    Andover, MA 05501-0010)
513652269*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                    PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,    Department of Treasury,
                    P. O. Box 22421,    Newark, NJ 07101-2421)
513652270*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                    PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,    PO Box 21126,   Philadelphia, PA 19114)
513652268*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                    PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                    P.O. Box 724,    Springfield, NJ 07081)
513652271*       Internal Revenue Service,    Cincinnati, OH 45999-0038
513785410*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                    TRENTON NJ 08646-0245
                  (address filed with court:  State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                    PO Box 245,    Trenton, NJ 08695-0245)
513652279*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                    TRENTON NJ 08646-0245
                  (address filed with court:  State of NJ - Div. of Taxation,    P.O. Box 269,    Trenton, NJ 08695)
513652278        ##+Slater, Tenaglia, Fitz & Hunt,    301 Third Street,    Ocean City, NJ 08226-4007
                                                                                               TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Conika   Majumdar    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. conika.majumdar@fnf.com
              Denise E. Carlon    on behalf of Creditor     U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
               Certificates, Series 2003-6 bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
               Certificates, Series 2003-6 jackerman@zuckergoldberg.com
              Lynn Therese Nolan    on behalf of Creditor   Greene County Treasurer Office
               LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
              William H. Oliver, Jr.    on behalf of Debtor Joseph  Battaglio, Jr. bkwoliver@aol.com
                                                                                                 TOTAL: 9
```