Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Joseph Battaglio, Sr.

Case No.: 13-12081

Judge: Christine M. Gravelle

Chapter: 13

Debtor(s)

"6th Modified Chapter 13 plan"

## Chapter 13 Plan and Motions

- ☐ Original
- ☒ Modified/Notice Required
- ☒ Discharge Sought
- ☐ Motions Included
- ☐ Modified/No Notice Required
- ☐ No Discharge Sought

Date: November 1, 2016

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ 400.00 per month to the Chapter 13 Trustee, starting on March 1, 2013 for approximately 60 months. until NY property is sold.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☒ Future earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☒ Sale of real property
Description: 344 Route 296, Hensonville, New York
Proposed date for completion: 6 months after 6th modified plan confirmation

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2:  Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:  Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| William H. Oliver Jr. | Administrative Expenses | |
| Internal Revenue Service | Priority Debt | $16,393.78 (remaining balance of claim) |

### Part 4:  Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Green County Treasurer | 344 Route 296, Hensonville, NY | $9,938.24 | | $9,938.24* *arrears to be paid upon sale of NY Property. | |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| None | | | |

3

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

Ally Financial Loan (vehicle loan) is not in arrears, regular monthly payment to be made outside of the chapter 13 plan.

1st and 2nd mortgage (Pt Pleasant Property) regular monthly payments to be made outside the chapter 13 plan as per loan modification

**e. Secured Claims to be Paid in Full Through the Plan**: agreement.

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| None | | |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____100%_____ percent non-exempt equity from sale of NY property.

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| None | | |

| Part 7: | Motions |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

   b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| None | | |

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| None | | | |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2) Other Administrative Claims - William H. Oliver Jr.

3) Secured  Claims- Green County Treasurer

4) Priority Claims - IRS

5) Lease Arrearages  6) General Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:  Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: December 29, 2015          .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor is requesting an extension of time to sell his property in New York. (Debtor is actively showing the house to multiple potential buyers and requests an extension of time to sell).  Debtor to pay back secured claim to Green county treasurer, IRS and unsecured claims from sale of NY property. | Part 1C: Added language to extend time to sell for 6 months from the date of the 6th modified plan confirmation hearing. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: November 1, 2016                                  /s/William H. Oliver Jr.
                                                        Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: November 1, 2016                                  /s/ Joseph Battaglio, Sr.
                                                        Debtor

Date: _____                            _____
                                                        Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 13-12081-CMG
Joseph Battaglio, Jr.                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin           Page 1 of 2         Date Rcvd: Nov 02, 2016
                         Form ID: pdf901       Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
```
db             Joseph Battaglio, Jr.,    523 Eisenhower Dr.,    Point Pleasant, NJ  08742-5410
aty           +Harry A Cummins,    Wilkofsky, Friedman, Karel & Cummins,    299 Broadway, Ste 1700,
                New York, NY 10007-1914
cr            +Greene County Treasurer Office,    Att: Maria LaRosa,    411 Main St,    POB 191,
                Catskill, NJ 12414-0191
513652257     +American Express,    P. O. Box 981537,    El Paso, TX 79998-1537
513928910      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513946008     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
513652258      Borough of Point Pleasant,    P. O. Box 25,    Point Pleasant, NJ 08742
513652259      Brick Township MUA,    1551 Highway 88 East,    Brick, NJ 08724-2399
513652261      Chase Bank USA,    P. O. Box 15298,    Wilmington, DE 19850-5298
513652262     +Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
513652263     +Cohn, Lifland, Pearlman, Hermann & Knopf,    Park 80 Plaza West One,    250 Pehle Ave., Ste 401,
                Saddle Brook, NJ 07663-5832
513652264      Comcast of Monmouth,    P. O. Box 840,    Newark, NJ 07101-0840
515007215     +County of Greene,    Greene Count Treasurer,    411 Main St POB 191,    Catskill, NY 12414-0191
513652265     +Eastern Account System,    75 Glen Road,    Suite 110,    Sandy Hook, CT 06482-1175
513652266     +Frsteam by Love Cleaners,    35 5th Avenue,    Bay Shore, NY 11706-7395
513652267     +Home Depot/CitiBank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
513964664     +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                Monroe, LA 71203-4774
513652273     +Marshall and Clark CPA PC,    c/o Robert Clark,    573 Inverness Court,    Oxford, CT 06478-3119
513652275     +Phillips & Cohen Associates, Ltd.,    Mail Stop 875,    1004 Justison Street,
                Wilmington, DE 19801-5148
513986088     +RA NO FRSTEAM BY LOVE CLEANERS,    299 Broadway,    Suite 1700,    New York, NY 10007-1914
513652276     +Ron Rapka,    807 Matoloking Rd,    Brick, NJ 08723-5200
513652274    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: NJ Division of Taxation,     Corp Service Audit-B,    PO Box 277,
                Trenton, NJ 08695-0277)
513652277     +Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
513963169     +U.S. Bank National Association, as Trustee, succes,     c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513652281     +Verizon New Jersey, Inc.,    500 Technology Drive,    Weldon Spring, MO 63304-2225
513652282     +Wilkofsky, Friedman, Karel & Cummins,    299 Broadway, Suite 1700,    New York, NY 10007-1914
513912967     +Yellow Book,    Att: Slater Tenaglia Fritz,    301 Third St,    Ocean City, NJ 08226-4007
513652283     +Yellow Book USA,    2560 Renaissance Boulevard,    Attention: Billing,
                King Of Prussia, PA 19406-2673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2016 23:06:56      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2016 23:06:50      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513652256     +E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2016 23:05:53      Ally Financial,
                PO Box 380901,    Bloomington, MN 55438-0901
513830883      E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2016 23:05:53      Ally Financial,
                PO Box 130424,    Roseville, MN 55113-0004
513771294      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2016 23:03:39
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
513652260     +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 02 2016 23:07:13      CBE Group,
                1309 Technology Parkway,    Cedar Falls, IA 50613-6976
513675946      E-mail/Text: cio.bncmail@irs.gov Nov 02 2016 23:06:15
                Department of Treasury - Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
513905004     +E-mail/Text: bncmail@w-legal.com Nov 02 2016 23:07:08      KEYSTONE RECOVERY PARTNERS, SERIES II,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513963013      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 23:03:38
                Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                Norfolk VA 23541
513652280     +E-mail/Text: bankruptcy@td.com Nov 02 2016 23:06:59      TD Bank,    6000 Atrium Way,
                Mount Laurel, NJ 08054-3918
                                                                                              TOTAL: 10
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Nov 02, 2016
                               Form ID: pdf901          Total Noticed: 38

513652272*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Andover, MA 05501-0010)
513652269*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Department of Treasury,
                 P. O. Box 22421,    Newark, NJ 07101-2421)
513652270*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
513652268*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
513652271*      Internal Revenue Service,    Cincinnati, OH 45999-0038
513785410*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
513652279*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of NJ - Div. of Taxation,    P.O. Box 269,    Trenton, NJ 08695)
513652278      ##+Slater, Tenaglia, Fitz & Hunt,   301 Third Street,    Ocean City, NJ 08226-4007
                                                                                               TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Conika   Majumdar    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. conika.majumdar@fnf.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
               Certificates, Series 2003-6 bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
               Certificates, Series 2003-6 jackerman@zuckergoldberg.com
              Lynn Therese Nolan    on behalf of Creditor    Greene County Treasurer Office
               LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
              William H. Oliver, Jr.    on behalf of Debtor Joseph  Battaglio, Jr. bkwoliver@aol.com
                                                                                               TOTAL: 9
```