| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on February 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph Battaglio,<br>                    Debtor | Case No.: 13-12081<br><br>Adv. No:<br><br>Hearing Date: 02/01/2017 @ 9:00 A.M.<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**ORDER TO EXPUNGE PROOF OF CLAIM #13 FILED BY JPMORGAN CHASE BANK**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: February 10, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     Joseph Battaglio
Case No.    13-12081(CMG)
Caption of Order:
ORDER TO EXPUNGE PROOF OF CLAIM #13 FILED BY JPMORGAN CHASE BANK
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Expunge Proof of Claim #13 filed by JPMorgan Chase Bank and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R   D E R E D** that Proof of Claim #13 filed by JPMorgan Chase Bank is hereby amended without prejudice to Secured Creditor; and

**FURTHER ORDERED**  the claim is amended to reflect pre-petition arrears in the amount of $0.00 with no further action required by Secured Creditor.

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.