| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on February 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph Battaglio,<br>                Debtor | Case No.: 13-12081<br><br>Adv. No:<br><br>Hearing Date: 02/01/2017 @ 9:00 A.M.<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**ORDER TO EXPUNGE PROOF OF CLAIM #13 FILED BY JPMORGAN CHASE BANK**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: February 10, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     Joseph Battaglio
Case No.    13-12081(CMG)
Caption of Order:
ORDER TO EXPUNGE PROOF OF CLAIM #13 FILED BY JPMORGAN CHASE BANK
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Expunge Proof of Claim #13 filed by JPMorgan Chase Bank and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R  D E R E D** that Proof of Claim #13 filed by JPMorgan Chase Bank is hereby amended without prejudice to Secured Creditor; and

**FURTHER ORDERED** the claim is amended to reflect pre-petition arrears in the amount of $0.00 with no further action required by Secured Creditor.

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-12081-CMG
Joseph Battaglio, Jr.                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Feb 14, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
db              Joseph Battaglio, Jr.,   523 Eisenhower Dr.,   Point Pleasant, NJ   08742-5410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Conika   Majumdar    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. conika.majumdar@fnf.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
               Certificates, Series 2003-6 bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
               Certificates, Series 2003-6 jackerman@zuckergoldberg.com
              Lynn Therese Nolan    on behalf of Creditor    Greene County Treasurer Office
               LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
              William H. Oliver, Jr.    on behalf of Debtor Joseph   Battaglio, Jr. bkwoliver@aol.com
                                                                                                  TOTAL: 9