UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

**Order Filed on March 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph Battaglio
                Debtors

Case No.: 13-12081

Adv. No.:

Hearing Date:

Judge: Christine M. Gravelle

**CONSENT ORDER TO ALLOW LATE FILED PROOF OF CLAIM TO BE PAID BY THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 6, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Battaglio, Joseph
Debtor's Case No: 13-12081(CMG)
Consent Order to Allow Late Filed Proof of Claim to be Paid by the Trustee

      **ORDERED** that the Trustee having determined that the late claim filed by the State of New Jersey Division of Employer Accounts on January 12, 2017 in the sum of $5857.37 It is hereby requested that the Trustee pay the late filed claim.

We hereby consent to the form and entry of the within order:


/s/ Barry LaFranco
Barry LaFranco, Supervising Examiner, Legal Processes
State of New Jersey Division of Employer Accounts

/s/ William H. Oliver, Jr.
William H. Oliver, Jr., Esq., Attorney for Debtors