**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

Order Filed on March 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph Battaglio

Debtors

Case No.: 13-12081

Adv. No.:

Hearing Date:

Judge: Christine M. Gravelle

**CONSENT ORDER TO ALLOW LATE FILED PROOF OF CLAIM TO BE PAID BY THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 6, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:   Battaglio, Joseph

Debtor's Case No: 13-12081(CMG)

Consent Order to Allow Late Filed Proof of Claim to be Paid by the Trustee

      **ORDERED** that the Trustee having determined that the late claim filed by the State of New Jersey Division of Employer Accounts on January 12, 2017 in the sum of $5857.37 It is hereby requested that the Trustee pay the late filed claim.

We hereby consent to the form and entry of the within order:


/s/ Barry LaFranco
Barry LaFranco, Supervising Examiner, Legal Processes
State of New Jersey Division of Employer Accounts

/s/ William H. Oliver, Jr.
William H. Oliver, Jr., Esq., Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 13-12081-CMG
Joseph Battaglio, Jr.                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 06, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2017.
db         Joseph Battaglio, Jr.,    523 Eisenhower Dr.,    Point Pleasant, NJ   08742-5410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
            Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
            Albert   Russo    docs@russotrustee.com
            Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
            Conika   Majumdar    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. conika.majumdar@fnf.com
            Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
             in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
             Certificates, Series 2003-6 bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
            Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
             in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
             Certificates, Series 2003-6 jackerman@zuckergoldberg.com
            Lynn Therese Nolan    on behalf of Creditor    Greene County Treasurer Office
            LNolan@schillerknapp.com,
             tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
            R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
            William H. Oliver, Jr.    on behalf of Debtor Joseph   Battaglio, Jr. bkwoliver@aol.com
                                                                                                                     TOTAL: 9