UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on May 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSEPH BATTAGLIO, JR.,

　　　　　　　Debtor

| | |
|---|---|
| Case No.: | 13-12081 |
| Chapter: | 13 |
| Hearing Date: | 5/3/17 @ 12:00 pm |
| Judge: | Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: May 4, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ ____1,300____ for services rendered and expenses in the amount of $____n/a____ for a total of $____1,300____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____607____ per month for __10__ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 13-12081-CMG
Joseph Battaglio, Jr.                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: May 04, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db            Joseph Battaglio, Jr.,    523 Eisenhower Dr.,    Point Pleasant, NJ   08742-5410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Conika   Majumdar    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. conika.majumdar@fnf.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
       in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
       Certificates, Series 2003-6 bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
      Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
       in interest to Wachovia Bank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed
       Certificates, Series 2003-6 jackerman@zuckergoldberg.com
      Lynn Therese Nolan    on behalf of Creditor    Greene County Treasurer Office
       LNolan@schillerknapp.com,
       tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
      R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
      William H. Oliver, Jr.    on behalf of Debtor Joseph  Battaglio, Jr. bkwoliver@aol.com
                                                                                                                                                              TOTAL: 9